[No. 9271–9–II.   Division Two.   July 1, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
GARY DAVID SCHULTZ, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85–1–00269–9, Paula Casey, J., entered October 25, 1985. *Affirmed* by unpublished opinion per Arnold, J. Pro Tem., concurred in by Conoley and Dolliver, JJ. Pro Tem.

[No. 8931–9–II.   Division Two.   July 1, 1987.]

MARTIN L. COUFAL, *Appellant,* v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–03017–3, Charles W. Cone, J., entered June 21, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Harris and Williams, JJ. Pro Tem.

[No. 7637–7–III.   Division Three.   July 2, 1987.]

ELIZABETH V. GORD, ET AL, *Appellants,* v. THE DEPARTMENT OF REVENUE, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84–2–01476–2, William G. Luscher, J., entered January 24, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Thompson, J.